**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00454-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

MICAH BLACKFEATHER, and
MATHEW J. HOUNSHELL,

      Plaintiffs,

v.

DR. LENNART ABEL, and
CMHIP STAFF,

      Defendants.

---

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

---

Plaintiffs are inmates at the Colorado Mental Health Institute at Pueblo,

Colorado.  Plaintiffs have submitted to the court a document titled "Motion to Initiate

Class Action Lawsuit, Temporary Restraining Order, Unbias Judge" (ECF No. 1).  As

part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined

that the document is deficient as described in this order.  Plaintiffs will be directed to

cure the following if they wish to pursue their claims.  Any papers that Plaintiffs file in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>xx</u>   is not submitted (each Plaintiff must submit an individual motion)
(2)   <u>  </u>   is missing affidavit
(3)   <u>xx</u>   is missing certified copy of each prisoner's trust fund statement for the
               6-month period immediately preceding this filing
(4)   <u>  </u>   is missing certificate showing current balance in prison account
(5)   <u>  </u>   is missing required financial information

(6)   <u>xx</u>   is missing authorization from each Plaintiff to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)   <u>xx</u>   other: <u>motions and supporting documents are necessary only if fees totaling $400.00 are not paid in advance</u>.

**Complaint, Petition or Application**:
(11)   <u>xx</u>   is not submitted
(12)   __   is not on proper form
(13)   __   is missing an original signature by the prisoner
(14)   __   is missing page nos. __
(15)   __   uses et al. instead of listing all parties in caption
(16)   __   names in caption do not match names in text
(17)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __   other: _____.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiffs file in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiffs shall obtain the court-approved Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner

Complaint forms (with the assistance of a case manager or the facility's legal assistant),

along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that any Plaintiff who fails to cure the designated

deficiencies **within thirty (30) days from the date of this order** will be dismissed as a

party to this action without further notice.  The dismissal shall be without prejudice.

DATED March 4, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge